## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LARRY D. EPPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-717 (RMC)** |
| | ) | |
| **PAUL G. HOWES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. On April 17, 2006, Plaintiff Larry D. Epps, proceeding pro se, filed a verified complaint naming as Defendants former Assistant U.S. Attorney Paul G. Howes, the Attorney General of the United States, the U.S. Parole Commission, the D.C. Board of Parole, and the Government of the District of Columbia. Over 120 days have passed since the filing of the complaint in this action and the Court has no record that any Defendant has been served with a summons and complaint. Accordingly, it is hereby

ORDERED that, on or before **November 2, 2006**, Plaintiff shall either (1) file with the Court proof that Defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If Plaintiff fails

to comply with this Order, or if the Court determines that Plaintiff has not shown good cause for

failure to comply with Rule 4(m), the complaint will be dismissed without prejudice.

**SO ORDERED**.


Date: October 2, 2006                                    _____/s/_____
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge


Copy to:
Larry D. Epps
212 53rd Street NW
Washington, DC 20019