# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Larry D. Epps

**Plaintiff,**

v.                                    Case No.  1:06:CV 00717 - RMC

Paul Howes
**Defendant**

## Motion for Leave to Execute
## Out of Time Service of Process

Defendant Larry Epps comes before this Court, pro se, and respectfully requests

that this honorable Court grants leave for this pro se (incarcerated) defendant to comply

with the mandates of Federal Civil Rule 4/(m).  As reasons therefore, defendant Epps

submits as follows:

1.  At the time of the initiation of the instant lawsuit, plaintiff Epps was without
counsel and sufficient funds to secure one.

2.  Nevertheless, plaintiff proceeded with this proceeding with the sincere belief
that all legal mandates had been met.

3.  Apparently, per this Court, they were not.

4.  Nevertheless, this plaintiff cites as reasons for an extension:

  a)  his legal inexperience

  b)  His life-threatening health conditions at the time of filing this

**RECEIVED**

NOV - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

complaint and at present;

c) His mental debilitating stress condition; and

d) The failure of the Clerk's Office to forward the Court's order to a Northeast address as opposed to a Northwest address.

Wherefore, the foregoing considered, plaintiff Epps respectfully requests that this motion be granted and that he be granted up and until December 1, 2006, to complete the process of service in the instant case.

Respectfully,

*Larry D. Epps* Per E.J.
Larry D. Epps

## Certificate of Service

I hereby certify that a copy of the foregoing Motion of Extension of Time has been forwarded to the executive officers of the D.C. Government, Mayor's Office, U.S. Probation Office, D.C. Probation Office, U.S. Attorney General, and defendant Paul Howes.

*Larry D. Epps Per E.J.*
Larry D. Epps