06-717 (RMC)

Memorandum

To      :  The Honorable Judge Rosemary M. Collyer

From    :  Plaintiff, Larry D. Epps, D.C.D.C. # 188-413
           1901 D. St., SE
           Wash. D.C. 2003

Subj    :  Missing Docket Report Instructions

Date    :  October 25, 2006

*Let this be filed RMColly 11/3/06*

Re: Order directing Plaintiff to Complete Service of Process. Response required by November 2, 2006. See attached order for further details. Signed by Judge Rosemary M. Collyer on 10/2/06 - (ebb) 10/02/2006 ← Entered:

Your Honor:

Currently, I, the Plaintiff in this case, am incarcerated at the D.C. Detention Facility for a technical parole violation. I have been in custody since 09/07/06. Because of a Habeas Corpus filed in this same Court it was necessary to retreave a copy of the Public Record which was the only way plaintiff was aware of Your Honor's order to respond. Please further instructions as to what the Court Needs Plaintiff. I thank you for Your Honor's attention matter.

Sincerely,

Larry D. Epps

[Notary stamp: Subscribed, sworn to and acknowledged before me this ___ day of ___, Notary Public for the District of Columbia, My Commission Expires July 31st, 2008]

U.S. District Court
District of Columbia (Washington, D.C.)
Civil Docket for Case #: 1:06-CV-00717-RMC

Epps v. Howes et al                    Date filed: 04/17/2006

## Motion For Leave of The Court

Comes now before this honorable Court, Larry D. Epps, Pro-se Respectfully Request Leave of the Court for out of time delay pursuant to "556 S.W. 2d 726, 728 Also See Fed. R. Civ. Proc. 6(b).

## Current Status

Plaintiff, is unable to litigate due to no law library in D.C. Jail... Wherefore Jail is currently Remodeling library. Secondly Plaintiff, has been incarcerated Since 9-17-06 And by the Grace of God, just Learn of the Order by the Court to Respond. Plaintiff is currently dealing with a Parole violation Associated with medically ordered Medication for Swollen Prostate, constituting an inability to pass urine, for which Pain medications were prescribed. This is The Reason Plaintiff, never was aware of Supposed Enclosed instructions.

## Conclusion

Plaintiff, Respectfully Request that this honorable Court Grant his Request.

_____
Larry D. Epps #188-413
Pro-Se

JURY, PROSE-NP, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00717-RMC
## Internal Use Only

EPPS v. HOWES et al
Assigned to: Judge Rosemary M. Collyer
Demand: $25,000,000
Cause: 42:1983 Civil Rights Act

Date Filed: 04/17/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**LARRY D. EPPS**         represented by   LARRY D. EPPS
                                          212 53rd Street NW
                                          Washington, DC 20019
                                          (202) 361-6296
                                          PRO SE

V.

**Defendant**

**ATTORNEY GENERAL**

**Defendant**

**UNITED STATES PAROLE COMMISSION**

**Defendant**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA BOARD OF PAROLE**

**Defendant**

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

<u>Defendant</u>

### PAUL G. HOWES
*FORMER ASSISTANT UNITED STATES ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2006 | 1 | COMPLAINT against G. PAUL HOWES, ATTORNEY GENERAL, UNITED STATES PAROLE COMMISSION, GOVERNMENT OF THE DISTRICT OF COLUMBIA BOARD OF PAROLE, GOVERNMENT OF THE DISTRICT OF COLUMBIA (Filing fee $ 350) filed by LARRY D. EPPS.(td, ) (Entered: 04/24/2006) |
| 04/17/2006 |  | SUMMONS Not Issued as to G. PAUL HOWES, ATTORNEY GENERAL, UNITED STATES PAROLE COMMISSION, GOVERNMENT OF THE DISTRICT OF COLUMBIA BOARD OF PAROLE, GOVERNMENT OF THE DISTRICT OF COLUMBIA (td, ) (Entered: 04/24/2006) |
| 04/27/2006 |  | Case Reassigned to Judge Rosemary M. Collyer. Judge Paul L. Friedman no longer assigned to the case. (td, ) (Entered: 04/28/2006) |
| 10/02/2006 | 2 | ORDER directing Plaintiff to complete service of process. Response required by November 2, 2006. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 10/2/06. (ebb) (Entered: 10/02/2006) |