*Let this be filed*
*RM Collyer 11/3/06*

U. S. District Court
District of Columbia (Washington, D.C.)
Civil Docket for Case No. 1:06-CV-00717-RMC

Epps v. Howes et al                    Date Filed: 04/17/06

## Motion For Appointment of Attorney § 1915 (e)(1)

Comes Now Pro-se Petitioner, Larry D. Epps, Respectfully Request that this Honorable Court Appoint Counsel in this Action due to Petioner's indigents, inability to find Counsel that is willing to Represent Petitioner in this matter. Petitioner's inability to Represent himself due to the Complexity of the Legal issues; The factual necessity for investigative work; Montgomery v. Pinchak, 294 F.3d 492, 499, 501-~~05~~ (3d Cir 2002)

## Representations

Petitioner is currently incarcerated at the D.C. Jail, where there are no Law books, Although Attempts have been made to Automate the Law library. Computers have to many Glitches and no back up system to off-set the inability to access case law. Because of the lack of Jail-House-Lawyers, any more, the Corrections Department aswellas, the Judicial System, completely...

1 of 2

... overwhilm the inmate of today. Surely, there are very few detainees arrested in these days and times that remotely know what or where Constitution Avenue is, let alone know the Constitution. I don't say this to be smart, it is just the raw truth.

Surely, the law has very few cases in favor of the Petitioner/inmate. I humblly request assistance in this legual action due to my inadequate inability to defend my self. I am both uneducated and surely no match for a first year law student, let a lowe a Government experienced Prosecutor. We know this from the current elements of my complaint.

## Conclusion

Please accept this letter/motion as my feable attempt to gain help in this matter.

Sincerely,

*Larry D. Epps*
LARRY D. EPPS
188-443
D.C. Jail
1901 D. St., S.E.
Washington, D.C. 2003