UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY D. EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-717 (RMC) |
| | ) | |
| PAUL G. HOWES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 17, 2006, Plaintiff Larry D. Epps, proceeding pro se, filed a verified complaint naming as Defendants former Assistant U.S. Attorney Paul G. Howes, the Attorney General of the United States, the U.S. Parole Commission, the D.C. Board of Parole, and the Government of the District of Columbia. Because the record did not yet reflect that any Defendant had been served with a summons and a copy of the complaint, on October 2, 2006, the Court ordered Plaintiff to complete service of process by November 2, 2006 [Dkt. #2]. Plaintiff then moved for an extension of time to complete service [Dkt. ##3, 5], which the Court granted, extending the deadline for service until December 1, 2006. Plaintiff has also moved for leave to proceed in forma pauperis, despite having paid the initial filing fee [Dkt. #7], and has requested that he be appointed counsel [Dkt. ##4, 6]; those motions are pending before the Court.

It is now February 2007, and the record still does not reflect that service has been accomplished. However, Plaintiff's recent filings indicate that he is now incarcerated. *See, e.g.*, Pl.'s Mem. at 1 [Dkt. #5]. The Court will therefore grant Plaintiff's motion for leave to proceed in

forma pauperis and will direct the Clerk to prepare and issue summonses and direct the U.S. Marshals Service to serve Defendants.

Plaintiff's motions for appointment of counsel, however, will be denied without prejudice. Petitioners in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a prisoner is proceeding in forma pauperis, the Court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the prisoner demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id*.

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, Mr. Epps's pro se representation thus far, and the degree to which the interests of justice will be served by appointing counsel, including the benefit the Court may derive from the assistance of the appointed counsel. *See* Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the limited pro bono resources available to it. After carefully reviewing and weighing these factors, the Court concludes that the appointment of counsel is not warranted at this time. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Dkt. #7] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motions for Appointment of Counsel [Dkt. ##4, 6] are **DENIED** without prejudice; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Leave of the Court [Dkt. #5] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the Clerk shall modify the docket to reflect Plaintiff's current mailing address as follows:

> Larry D. Epps
> D.C.D.C. #188-413
> D.C. Jail
> 1901 D Street SE
> Washington, DC 20003;

and it is

**FURTHER ORDERED** that the Clerk shall prepare and issue summonses, and shall provide the summonses and a copy of the complaint to the U.S. Marshals Service to effect service of process; and it is

**FURTHER ORDERED** that the Clerk shall serve a copy of this Order and the docket sheet on Plaintiff at the address listed above.

**SO ORDERED**.

Date: February 15, 2007                              /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge