UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY EPPS,<br>2120 53rd Street, NW<br>Washington, DC 20019,<br><br>    Plaintiff,<br><br>    v.<br><br>FORMER ASSISTANT UNITED STATES ATTORNEY<br>PAUL HOWES,<br>U.S. Attorney's Office for the District of Columbia,<br>555 Fourth St., NW, Washington, DC 20530,<br><br>ATTORNEY GENERAL<br>U.S. Department of Justice,<br>950 Pennsylvania Ave., NW, Washington, DC 20530,<br><br>UNITED STATES PAROLE COMMISSION,<br>5550 Friendship Blvd.,<br>Chevy Chase, MD 20815-7201,<br><br>GOVERNMENT OF THE DISTRICT OF<br>COLUMBIA BOARD OF PAROLE,<br>1111 E St., NW, Suite 600, Washington, DC 20005<br><br>    Defendants. | Civil Action No.:  06-717 (PLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for the United States Attorney General and the United States Parole Commission in the above-captioned case.

                                                /s/
                                              ALAN BURCH, D.C. Bar # 470655
                                              Assistant United States Attorney
                                              555 4th St., N.W., Washington, D.C. 20530
                                              (202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon *pro se* plaintiff by first class mail addressed to:

    LARRY EPPS
    2120 53rd Street, NW
    Washington, DC 20019

and addressed to:

    LARRY EPPS
    DC 188-413
    D.C. JAIL
    1901 D Street, SE
    Washington, DC 20003

on this 2nd day of May, 2007.

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov