UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY EPPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL HOWES, *et al.,*<br><br>　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No.:  06-717 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

　　The federal agency Defendants, the U.S. Attorney General, and the U.S. Parole Commission, respectfully request an enlargement of thirty days to file their answer or otherwise respond to the complaint in this case, in which Plaintiff, Larry D. Epps, *pro se*, seeks damages for alleged violations of his constitutional rights during his criminal prosecution for homicide in 1989.  The federal agency Defendants' response is due today.

　　Plaintiff also brings claims against former Assistant United States Attorney G. Paul Howes in his personal capacity.  It does not appear that Mr. Howes has been served, so he is neither a defendant yet, nor faces a deadline for filing an answer.  Nevertheless, Mr. Howes has requested representation by the Department of Justice ("DOJ") in this matter, and his application is currently pending at the Torts Branch of DOJ, the decision-making arm of DOJ for such requests.  See 28 C.F.R. § 50.15.  Because undersigned counsel anticipates that one consolidated dispositive motion will present the most efficient resolution of this case, Defendants respectfully request additional time for Mr. Howes' request for representation to be acted on so that one dispositive motion may be filed on behalf of all federal Defendants.  It appeared as recently as

last week that a decision or representation authority was imminent, and a long delay is still not anticipated.

It does not appear that Plaintiff will be prejudiced by this delay, because he is no longer incarcerated for the prosecution described in his complaint, he seeks only damages, and he has not served Mr. Howes yet. A proposed order is attached.

| | |
|---|---|
| May 29, 2007 | Respectfully submitted, |

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served upon *pro se* Plaintiff by first class mail addressed to:

    LARRY EPPS
    DC 188-413
    D.C. JAIL
    1901 D Street, SE
    Washington, DC 20003

on this 29th day of May, 2007.

    _____
    ALAN BURCH, D.C. Bar # 470655
    Assistant United States Attorney
    555 4th St., N.W.
    Washington, D.C. 20530
    (202) 514-7204
    alan.burch@usdoj.gov