UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY EPPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HOWES, *et al.,* )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-717 (PLF) |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is Granted, and it is

FURTHER ORDERED that Defendants shall file their answer or other response to the complaint on or before June 28, 2007.

So ordered this _____ day of _____, 2007.


_____
PAUL L. FRIEDMAN
United States District Judge