UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY D. EPPS,

            Plaintiff,

V.

PAUL HOWES, et al.,

            Defendant.

Civil Action No.: 06 717 RMC

Let this be filed R. M. Coll 6/8/07

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Federal Agency Defendants; the United States Attorney General, and the U.S. Parole Commission, have requested an enlargement of thirty days to file their answer or otherwise respond to the Complaint in this case in which Plaintiff, Larry D. Epps, pro se, seek justice for violations of his Constitutional rights during the course of his criminal prosecution in criminal case No. F-9286-88-B, of which Defendants' response was due 05-29-07.

Plaintiff's opposition to the Defendants' enlargement is based in part: (1.) because defendants' have come before

this Honorable Court with less than clean hands.

Defendants' clearly have under color of law, attempted to mislead this Honorable Court when Defendants' state that former United States Attorney G. Paul Howes has not been served and is not a defendant in this Civil Rights Action.

It is clear that the United States District Court's Account of the Public Record/Docket Report, will show that all Defendants' who are listed in this Civil Action, have been served and are all named Defendants' with the exception of defendands (District of Columbia's D.C. Parole Board); who no longer exist.

A further examination of the docket Sheet Report will deminstrate that the remaining defendants' in this Matter have been served and that defendants' subject response was due as of 05-29-07. See: Docket Report entry date, 04-04-07 #10. Return of Service/AFFIDAVIT

(2.) Whether intentional or not, it would appear that the Defendants' have sought to direct their Motion to the Honorable Judge Paul L. Friedman. Plaintiff is under the impression that this current Civil Rights Action had been subseqiently,

Reassigned to the Honorable Judge Rosemary M. Collyer.

The Defendants' further state that Plaintiff will not be prejudiced by this delay, because he is no longer incarcerated for the prosecution discribed in his complaint.

On the contrary, Plaintiff is in the process of a second 42 USCA § 1983 civil action for further Rights violations under the United States Constitution, by Defendants' United States Parole Commission who has caused further harm to Plaintiff base upon the Parole Commission's Relationship to Criminal Case No. F-9286 88 B, for which Plaintiff is on parole for.

Plaintiff has no other offenses that he is being held on accept allegations set forth by defendants' who have issued warrants for Plaintiff's arrest on two different occassions.

SEE: Warrant Application enclosed, dated 4/4/07, where Defendant Parole Commission Re Parole Plaintiff for un warranted detention from 9-7-06 thru 11-20-06.

These actions were sought in conjunction with Abuse of discretion in CASE No. F-9286 88-B. Also SEE: Second Cause of action due to further injury by Defendant United States Parole Commission.

_Larry D. Epps_
LARRY D. EPPS
D.C. # 188-413
D.C. Jail
1901 D. St. S.E.
Washington, D.C. 20003

Certificate of Service

I hereby, certify that I caused a copy of the forgoing
Plaintiff's Opposition Motion to Enlarge Time to file Answer
or otherwise Respond to the Complaint to be served on
Defendants' by way of U.S. Mail Service at the D.C.
Jail, addressed to:

Alan Burch, D.C. Bar #470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530

_Larry D. Epps_

LARRY D. Epps /188-413
D.C. Jail
1901 - D St. S.E.
Washington, D.C. 20003