UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY EPPS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PAUL HOWES, *et al.,* )<br>)<br>    Defendants. )<br>) | Civil Action No.: 06-717 (PLF) |

### FINAL JUDGMENT

UPON CONSIDERATION of Defendants' Motion to Dismiss and the entire record herein, it is hereby

ORDERED that the motion is Granted, and it is

FURTHER ORDERED that Plaintiff's case is dismissed as barred by absolute immunity, sovereign immunity, failure to serve individual Defendants, failure to state a claim, and laches.

This is a final and appealable order.

So ordered this _____ day of _____, 2007.


_____
PAUL L. FRIEDMAN
United States District Judge