UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY D. EPPS

    Plaintiff,

V.

PAUL HOWES, et al.,

    Defendant.

Civil Action No.: 06 717

*Let this be filed*
*R.M. Colly*
*6/27/07*

# PLAINTIFF'S MOTION TO APPOINT A GUARDIAN AD LITEM

Comes now Plaintiff Epps, respectfully request this Honorable Court to appoint a legal guardian ad litem to defend plaintiff due to plaintiff's incompetent disablement.

Plaintiff Epps, was unable to represent himself some eighteen years ago against the agents of the (DOJ) due to incompetent disablement. Plaintiff notice that even defendant, Paul Howes, et al., seeks representation of what appears to be three legal professional Attorneys from the United States Department of Justice.

In light of the fact that Plaintiff is NO Match for ONE Competent Lawyer who will REPRESENT the Defendants' in this matter, plaintiff Respectfully Request protection under the Federal Rules of Civil Procedure: FRCP-Rule 17-(C)

*Larry D. Epps*
LARRY D. EPPS
D.C. D.C. # 188-413
D.C. Jail
1901 D. Street S.E.
Washington, D.C. 20003

# Certificate of Service

I, Larry D. Epps, plaintiff, do hereby certify that a copy of the foregoing Motion Requesting the Court to appoint a guardian ad litem in this civil action, Complaint was mail addressed to:

    Alan Burch, D.C. Bar# 470655
    Assistant United States Attorney
    555 4th St., N.W.
    Washington, D.C. 20530

On this 13th day of June, 2007

                        _/s/ Larry D. Epps_
                        Larry D. Epps
                        D.C. # 188-413
                        D.C. Jail
                        1901 D. St., S.E.
                        Washington, D.C. 20003