UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY EPPS, )
 )
    Plaintiff, ) Civil Action No.: 06-717 (PLF)
 )
 v. )
 )
PAUL HOWES, et al., )
 )
    Defendants. )

*Let this be filed. R.M. Colly 6/27/07*

## PLAINTIFF'S MOTION FOR COURT ORDERED ACCESS TO LAW LIBRARY DAILY

Plaintiff Epps, Respectfully request this Honorable Court to narrow the overwhelming legal equity of experience the defendants' in this case possess of which plaintiff is incapable.

Plaintiff gets one hour every two weeks in law library. Due to the computerized system that is in place, and plaintiff not being computer literate, it is no way to get assistance or access information in one hour every two weeks. I have been writing many of law firms and legal aid assisted organizations for legal assistance with no success. There are no longer law-books in the law library, so if one is computer illiterate, he must have assistance. I am at a disadvantage Your Honor;

Which was the reason I put in a motion for appointment of AD Litem representation. Supplies are limited. If justice is to have a chance to be shown, then the Defendants' should not oppose appointment of counsel in this matter.

Defendant G. Paul Howes, has petition the (DOJ), for legal representation under 28. CFR 50.1 and defendant is no longer employed by the Department of Justice. Nothing is out of compliance with his request, from what I've read; it is just astounding that ex-prosecutor G. Paul Howes, who joined the D.C. federal prosecutor's office in 1984, did not receive his D.C. license until 1992.

Maybe because I am not legally competent at how the law works, I am at a loss. In conclusion, plaintiff prays that Your Honor will grant this Motion.

*Larry D. Epps*
LARRY D. EPPS
D.C. # 188-413
D.C. Jail
1901-D. St., S.E.
Washington, D.C. 20003