UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY EPPS, | ) |
| | ) |
| Plaintiff, | )      Civil Action No.:  06-717 (RMC) |
| | ) |
| v. | ) |
| | ) |
| PAUL HOWES, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR DAILY ACCESS TO LAW LIBRARY**

The Federal Defendants, the U.S. Attorney General, the U.S. Parole Commission, and former Assistant U.S. Attorney Paul Howes, respectfully oppose Plaintiff's motion for daily access to the law library at the D.C. Jail, where he is currently incarcerated.  Plaintiff's claims in this case relate to his prosecution, some 18 years ago, by the U.S. Attorney's Office and his resulting incarceration by the Bureau of Prisons ("BOP").  Plaintiff completed his incarceration under that sentence, however, and was paroled.  See Complaint at 8.  He is now incarcerated at the D.C. Jail, apparently on unrelated charges.  As applied to the federal Defendants, therefore, Plaintiff's motion should be denied as moot, because the federal Defendants do not control Plaintiff's access to the law library at the D.C. Jail.

July 11, 2007                                   Respectfully submitted,

                                       _____

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Defendants' Opposition to Plaintiff's Motion for Daily Access to Law Library to be served upon *pro se* Plaintiff by first class mail addressed to:

> LARRY EPPS
> DC 188-413
> D.C. JAIL
> 1901 D Street, SE
> Washington, DC 20003

on this 11th day of July, 2007.

                                        /s/
                              _____
                              ALAN BURCH, D.C. Bar # 470655
                              Assistant United States Attorney
                              555 4th St., N.W.
                              Washington, D.C. 20530
                              (202) 514-7204
                              alan.burch@usdoj.gov