

Larry D. Epps
D.C.D.C. # 188-413
1901 D. Street S.E.
Wash. D.C. 20003

SE-3
C-53
ANNX
At
534.30

Legal Network
Catholic Charities Affiliated
1221 Massachusetts Ave., N.W.
Washington, D.C. 20005

STANDARD

UNITED STATES POSTAGE
PITNEY BOWES
$00.41⁰
02 1A   MAY 29 2007
0004604336
MAILED FROM ZIPCODE 20003

NIXIE
207 $E 1
RETURN
UNABLE TO
3253401

Larry D. Epps
DC.D.C. No. 188-413
D.C. Detention Facility
1901 D. Street, S.E.
Washington, D.C. 20003

May, 25 - 07

Legal Network
Catholic Charities Affiliated
1221 Massachusetts Ave., N.W.
Washington, D.C. 2005

Dear Correspondant:

I am currently in the middle of a Civil Rights Act., 42 U.S.C.A.§1983 that I filed Pro-se, on April 17th of 2006. I am not a lawyer and do not profess to have the legal skills to match wits with a first year student of a Law school, let alone a bona-fide Attorney. However, I was able to proval to this point. The Complaint involves $25,000,000 dollar demand for 15 years of wrongful incarceration due to fraud on the Court, Procecutorial Misconduct, and a sealing of the Public Record by a Superior Court Judge, who is today a District Court Judge; who some 17 years ago got in bed with an unethical Prosecutor that has since been made to Resign. It is my sincere belief that Judge Ricardo M. Urbina, was duped by ex-prosecutor Paul Howes into sealing the public record. I was charged with a murder that I did not commit and because I refused to cooperate with the Prosecutor, I became the target. My

-2-

brother who worked for the Prosecutor at the time was also duped and used by Paul Howes, as attemptted coercion to cause me to become a Government witness. I was told by this Prosecutor, "Get on the Train or Get Run over by the Train." I got run over by the Train. I have all of the dirt in this case but lack the legal savvy necessary to address the Court. The case of Darely Jeemain Smith v. United States, tells a story of obstruction of Justice in the 1991-92 Fed. Reporter in MD. where they never expected that I would find the case. I have News paper articals that reported the case that state I was the only one in the case who never testified. So why was the Public Record sealed? I am currently in the D.C. Jail on trumpt up charges by the United State Parole Commission who is a defendant in the civil action. I'm sure that this all sounds ludicous, which is what the defendants are banking on, that no one will believe such a story. If I can just get guidance as to what my next step is, I could at-lease convince a jury. No lawyer will go up against the Government, especially with a Judge of the United States District Court involved in the case. I got Probation in a murder case, and can prove it, and was hoodwinked by the Government of my freedom, and the Public Record sealed so no one would ever know...there is so much more to this matter that is so unbelievable that sometimes I can't believe how un-ethical our legal system is. Please assist me in this legal redress by sending me the civil proceedure of the next step I am to take as I am approuching the deadline of a court date. I know no lawyer will openly go up against the powers that be, but It would help

-3-

to have a be-hind the sceans legal egale acting as a puppet master and pulling the strings. I am currently embarking upon a second cause of action against one of the current defendants for 77. more days of confinement that caused me to loss a new Toyota Tundra "06" Pick up Truck, my appartment my home improvement business, $18.000.ºº in tools, furniture, defult on a $ 30,000 dollar loan with the Bank of George Town. I am Registered with Regulatory Commission in the District of Columbia as a license Contractor. I am also Registered with the D.C. Chamber of Commerce. In this complaint I was violated for having dirty urine test which was all medically related but in the 77. days it took to be heard, I lost everything. I was Re-Parole and had to move in with a friend. Now I seek $ 6,157,971.00 for sufference, loss of contracts, incouenience, not withstanding the emotional stress I've had to indure. I had a psych., evaluation by a CSOSA psych and the assessment was that I've been seriously tromatized. I have been placed on Zoloft 50mg. for treatment of antidepression. I have a number of other medical conditions of which were contracted dueing my incarceration period. My life is a reck. Please help me, or direct me to some one that will. I thank you for youre time in reading this letter, please get back to me as soon as possible.

Sincerely,

*Larry D. Epps*
Larry D. Epps
1901 D. St. S.E.
D.C. Jail
Wash., D.C. 20003

## DISBARMENT HEARING

# Ex-Prosecutor Defends Fees In Drug Case

### Undisclosed Payments Went To Many Who Didn't Testify

By Henri E. Cauvin
Washington Post Staff Writer

G. Paul Howes took on the cases other prosecutors couldn't or wouldn't, his lawyer said, the complicated organized-crime investigations that few colleagues in the U.S. attorney's office had the smarts or stamina to see through.

In the early 1990s, Howes helped bring down the Newton Street Crew, one of the most violent drug operations in the city's history, responsible for at least 31 slayings, according to investigators. "He was by far the hardest-working assistant U.S. attorney in the office," said his lawyer, Paul L. Knight. "He was the go-to guy."

But Howes wasn't always playing by the rules back then, and yesterday a disciplinary panel concluded a five-day hearing that could lead to his disbarment in the District and elsewhere.

After Howes left the U.S. attorney's office in 1995, the Justice Department found that he allowed tens of thousands of dollars in witness fees for the Newton Street case to be paid to people who were not entitled to the money.

Girlfriends and grandmothers of cooperating co-conspirators came away in some cases with thousands of dollars each, ostensibly because they were potential witnesses able to testify to the criminal activities of their loved ones.

But none of the women in question ever did testify, and the investigations that followed raised concerns about those payments and many others, some to people with no ties to the Newton Street case.

For the first time since that investigation was completed almost a decade ago, Howes spoke publicly this week about what he did wrong and why. Now in private practice in California, he returned to Washington to revisit his conduct in some of the most notorious cases to come through the courts in the 1990s.

Appearing before the disciplinary panel that could recommend his disbarment in the District, he and his attorneys sought to portray him as anything but a rogue.

Rather, they said, he was a dedicated prosecutor, consumed by his cases and devoted to those around him, from the detectives who put in long days to the witnesses who put their lives on the line to testify for the government.

It was that devotion, Howes said, that would come to cloud his judgment at a critical juncture in a Newton Street trial.

The payments to girlfriends and other "witnesses" who in the end never testified were adding up to some substantial amounts, and Howes weighed whether he should alert the judge. When a witness, or a relative of the witness, receives a benefit of any substance in connection with testimony in a case, the prosecutor typically has to disclose the benefit, so the witness's credibility can be judged.

Howes was worried that he would be ordered to make just such a disclosure — names and all, he testified. A witness in the case had been killed, another had nearly been killed, and he was worried the same fate could strike others, he said.

So he didn't say anything, leaving everyone else in the dark.

"I made a conscious choice in that situation for moral reasons," he explained.

The decision had devastating consequences for the very cases he had poured his heart into. Hundreds of questionable vouchers, totaling more than $75,000, were issued over many months. After the actions came to light years later, the U.S. attorney's office was forced to agree to significant reductions in the sentences of several defendants, including some who had been serving life terms.

"Would I do things differently now?" Howes testified. "Absolutely. Things were not done correctly, and they were wrong."

Earlier this year, after its own lengthy investigation, the D.C. Bar Counsel charged Howes with ethics violations, and in a written reply, Howes admitted to many of the offenses.

But the disciplinary hearing marked another critical step.

Appointed by the D.C. Bar's Board on Professional Responsibility, the three-member committee that examined the Howes case this week can recommend that he be disbarred, and the central mission of the defense was to discourage the committee from making that recommendation.

Under questioning by his lawyer and by Deputy Bar Counsel Elizabeth Herman, Howes tried to frame his actions as understandable amid the intense demands of cases that were unlike any the U.S. attorney's office had prosecuted.

When the time came yesterday for Howes's attorney to make his final argument, he said that Howes was not some sort of "renegade," that the violations "were not major ones" and that the sanctions "should be minimal."

Ultimately, after another round of inquiry that could go into next year, it will be the D.C. Court of Appeals that decides Howes's fate. A lucrative law practice hangs on the court's decision.



# AMERICAN CIVIL LIBERTIES UNION FUND
## OF THE NATIONAL CAPITAL AREA

1400 - 20TH STREET NW, SUITE 119, WASHINGTON, DC 20036-5920 / (202) 457-0800

| PARALEGAL | STAFF ATTORNEY | LEGAL DIRECTOR | EXECUTIVE DIRECTOR |
|---|---|---|---|
| Sara Kane | Fritz Mulhauser | Arthur B. Spitzer | Johnny Barnes |

www.aclu-nca.org

June 5, 2007

**SPECIAL LEGAL MAIL**
**OPEN IN INMATE PRESENCE ONLY**
Mr. Larry Epps
DCDC #188-413 (Fed. Reg. No. 36966-118)
DC Jail
1901 D St., S.E.
Washington, DC 20003

Dear Mr. Epps:

   We received your request for assistance with a pending suit about your old criminal case and related events, and also assistance with a new complaint you would like to file concerning your recent experience with parole (violation, arrest, incarceration, and hearing). The first began last year when you initiated the civil action *Epps v. Howes*, Case No. 06-00717 (RMC) in federal court here. You are suing Paul Howes, the Assistant U.S. Attorney who prosecuted you in 1988 and got you to plead guilty to a serious charge of which you say you were innocent. You are also suing the Attorney General, the U.S. Parole Commission, and the District of Columbia for actions at trial, while you were in custody, and in connection with your parole. Many claims lack dates and details. We read your materials carefully but we regret we can't offer you legal help.

   As you may know, ACLU is a private nonprofit organization entirely supported by members and contributions. ACLU exists to preserve and extend the rights and privileges found mainly in the Bill of Rights. These include the freedoms of speech, press, and religion; the right to be free of illegal discrimination; and the right to be free of abusive police conduct. We can take only a few cases each year, since each must be done by a volunteer attorney in private practice who contributes the time necessary. Thus with some exceptions we concentrate on "test cases" that raise an unusual or unsettled question of civil liberties, where our participation can help a large group of people if we can establish better principles of law.

   You said that, in the first case, you have prevailed so far and also that you are approaching a court date. The up-to-date federal court docket (see enclosed) doesn't show either. The case has barely started. After a year's delay, the papers were served. Then in May 2007 the Attorney General and the U.S. Parole Commission were granted an extension of time for their very first step -- answering your complaint. They have till June 27.

We don't know the facts of your case, of course, but note a variety of general difficulties along the road ahead:
- statute of limitations may have run (the actions are many years ago) unless you are covered by an exception;
- prosecutorial immunity (Assistant U.S. Attorneys are immune from suit for actions in their prosecutorial capacity);
- you can't undo a plea of guilty and a criminal conviction accepted in open court by a civil suit years later saying it was a mistake;
- no claim will be heard against the District unless a Notice of Claim was filed within six months of an injury;
- suit against a government agency requires showing injury was caused by a custom or policy.

Mr. Larry Epps
June 5, 2007
Page 2

You also asked for representation in a second case—contained in a draft complaint against the U.S. Parole Commission and two CSOSA officers in connection with your experience last fall with a parole violation arrest on a warrant dated 8-25-06. You said you won at the hearing stage but suffered loss of earnings and other damages from being locked up.

You also enclosed papers that suggest you have further parole violations to deal with – a warrant application dated April 4 this year for failure to submit urine tests, dirty urine, and criminal charges.

We didn't understand the legal theory of the main claim in your proposed complaint. It was great you could show that the government could not prove you violated the terms of your probation (as charged in the warrant last year). The standard of proof is low for the government (only preponderance of the evidence, not, as in criminal cases, beyond a reasonable doubt) and they can usually meet it with shaky evidence, as I have learned from PV cases I did when I was a defense attorney. You said you had "medical reasons" for drug test results.

But why does that show the actions of CSOSA and others who charged you were unlawful and they therefore owe you damages for the resulting incarceration? As long as there was probable cause to believe you had committed violation(s), a low standard also, aren't the actions of authorities to hold you accountable therefore lawful? Consider normal criminal cases: don't you agree that an arrest is lawful if it's based on probable cause, even if the person is eventually found not guilty of any offense? Otherwise, every single person ever arrested and found not guilty would successfully sue police. You may want to clarify your complaint to make your main point clearer. (You had other points about the procedure and we have no idea if they are viable claims or not.)

The defendants are highly likely to file a Motion to Dismiss your earlier case, *Epps v. Howes*, and at that time you should renew your request to the court for appointed counsel. It can't hurt. We will not be able to correspond further about the litigation you wrote about, but we wish you good luck.

Sincerely,

Fritz Mulhauser
Staff Attorney

Enclosure (docket)

# XI.   LEGAL ASSISTANCE

**American University Law Clinics** – 4801 Mass Ave, NW  20016
(202) 274-4140,  Fax (202) 274-0659
Provides supervised law student representation to low-income individual and organizations.  All applications are processed through the clinic's intake office
**Civil Practice Clinic** - David Chavkin , Director
Direct legal representation in cases involving: bankruptcy; consumer; family law; health; housing; public benefits; and special education.
**Community and Economic Development Clinic** - Susan Bennett, Director
Provides transactional legal services for client groups engaged in different kinds of neighborhood-based community development.
**Criminal Justice Clinic** – Binny Miller, Director
Direct legal representation for persons charged with juvenile and misdemeanor criminal offenses in Montgomery County, MD.
**Domestic Violence Clinic** – Margaret Johnson – Director
Legal representation for victims of domestic violence seeking civil protection orders.
**International Human Rights Law Clinic** – Richard Wilson, Director
Legal representation to individuals, families or organizations with issues involving international human rights and domestic political asylum.          Spanish
**Federal Tax Clinic** – Janet Spragens, Director
Legal representation for low-income individuals with IRS controversies.  Clinic does not fill out tax returns or provide accounting services or referrals.
**Women and the Law Clinic** – Ann Shalleck, Director
Handles matters involving domestic violence; child neglect and support; and other legal matters that help client avoid further legal difficulties.

**Ayuda, Inc**. – 1707 Kalorama Road, NW  20009
(202) 387-4848,   Fax (202) 387-0324, www.ayudainc.org
Mauricio Vivero, Executive Director, ext 29
Anna Sykes, Immigration Managing Attorney, ext 34
Michelle Exline, Clinica Managing Attorney, ext 25
Legal advocacy; immigration; political asylum; family visa petitions; naturalization; battered spouse waivers. Domestic violence;  CPO, child custody & support.
                                                                Spanish – French

**Bread for the City**  (Operates two legal clinics)
1525 7th St., NW  20001, (202) 332-0440, Fax (202) 745-1081
1640 Good Hope Road, SE 20020, (202) 561-8587, Fax (202) 574-1536
www.breadforthecity.org
Landlord/tenant and public benefits; family issues (child support, custody, domestic violence); weekly employment legal clinic.          Spanish

**Catholic Charities (DC)** (Archdiocesan Legal Network) –924 G Street, NW
(202) 772-4324, Fax (202) 772-4402, Jim Bishop, Program Director.
Legal assistance and representation: child custody; consumer debt/bankruptcy; domestic violence; employment disputes; guardianships; landlord-tenant disputes; public benefits; wills.  Appointment line (202-628-4263) Mon-Fri 9:30am-12:30pm.  Free to low fee.  Spanish, French, Korean, Tagalong

**Center for Immigration Law & Practice**
4900 Connecticut Avenue, NW   20008
(202) 362-0120, Fax (202) 362-0121, e-mail: drivera.cilp@verizon.net
David Rivera, Supervising Attorney
Immigration legal assistance;  Asylum; Green Card Applications; Family Reunification Petitions; Deportation Hearings; Naturalization.  Call for rates and appointments.  Best hours to call 10am to 3pm Mon – Thurs.  No walk-ins.   Spanish

**Central American Resource Center** (CARECEN)
1460 Columbia Road, NW,  20009   www.carencendc.org
(202) 328-9799, Fax (202) 328-7894, Saul Solorzano, Director
Legal assistance with work authorizations; document translations; asylum applications; family visas; naturalization assistance.   Spanish

**Children's Law Center (CLC)** 901 15th Street, NW Suite 500,  20005
(202) 467-4900, Fax (202) 467-4949, www.childrenslawcenter.org
Judith Sandalow, Executive Director, jsndalow@childrenslawcenter.org '
Free legal services to at-risk children, their families, foster and kinship caregivers.  Focus is cases involving: adoption, custody, special education, government benefits and domestic violence.

**Columbus Community Legal Services** –3602 John McCormack Rd., NE 20064
(202) 319-6788, Fax (202) 319-6780,  Ellen M. Scully, Director
Landlord-tenant; small claims; benefits, employment; general litigation.  Family abuse (CPO primarily) and homebound elderly projects.  No criminal or juvenile or workman's compensation cases.  Free for income eligible DC residents.   Spanish

**Counsel for Child Abuse & Neglect (CCAN)**
H. Carl Moultrie I Courthouse for D.C.; 500 Indiana Ave., NW  Room # 4415, 20001
(202) 879-1406,  (202) 879-1304, Beverly Gibbs, Social Worker
(202) 879-1301, Wilma Brier, Director
Facilitates & trains appointed lawyers representing indigent parents & children in civil abuse & neglect cases.

**CURE (Citizens United for Rehabilitation of Errants)**
P.O. Box 2310, National Capital Station 20013
(202) 789-2126, Pauline Sullivan
Local and national membership organization of concerned citizens working to improve prison conditions and advocating for legislative change. ***Does not provide direct legal services.***

**D.C. Bar Legal Information** – (202) 626-3499  www.dcbar.org
Website information on: How to Find a Lawyer; Consumer Law (Car purchase and repairs; identity theft; internet fraud; phone scams); Environmental Law; Family Law (living will registry, advance directives) Criminal Law information not available through this source. No telephone information available.  Spanish

**D.C. Bar Public Service Activities Corp.-Law Firm Pro Bono Clinic**
D.C. Bar 1250 H St., NW 6th Floor,  (202) 737-4700 ext. 297, or ext 292
Free legal assistance for D.C. low income in areas of government benefits; family law (custody or support cases); civil (consumer disputes, P.I. if client being sued for money; wage claims (employer owes you wages); Landlord & Tenant (eviction or refusal to make repairs) Bankruptcy clinic seminars and possible representation. Referrals through legal services or social services providers ONLY; incarcerated persons not accepted.

**D.C. Employment Justice Center** -- 1350 Connecticut Ave. NW. #600  20036
(202) 828-9675, Fax (202) 828-9190,  www.dcejc.org
Judith M. Conti, Co-Director
Legal assistance and consultations regarding employment law matters. Cases generally handled by law students under the supervision of a licensed attorney. Workers' Rights Clinics at both Bread for the City locations: 1524 7th Street, NW, every Wednesday evening 6pm to 8pm, 1640 Good Hope Road, SE 20020, 1st and 4th Mondays, 6pm to 8pm.  Spanish

**D.C. Law Students in Court** – 806 7th Street, NW, Suite 300  20004
(202) 638-4798  Fax (202) 638-0304 –Ann Marie Hay, Executive Director
Intake: Mon – Fri. 10 am - 2 pm
Third-year law students represent clients in misdemeanor; juvenile; landlord-tenant; small claims/consumer cases; Income guidelines: $209/week plus $74 per dependent.  Spanish

**D.C. Prisoners' Legal Services Project, Inc**–2639 Conn Ave. NW #225  20008
(202) 775-0323,  Fax (202) 775-0315,  www.dcprisonerhelp.org
Philip Fornaci, Executive Director, Ivy Lange, Reentry Project Manager
Represents D.C. Code offenders for incarcerated and recently released confinement issues and medical care. Clearinghouse on prisoners' rights litigation and general prison issues. Priority to health and safety issues, especially HIV-related cases.

**UDC (David A. Clarke) School of Law** -- 4200 Conn. Ave., NW  20008
(202) 274-7400, Fax (202) 727-5583, www.law.udc.edu   Joe Tulman, Clinic Director
Indigent and low-income clients: juvenile/neglect; special education; fair housing & landlord-tenant (Ed Allen 202-274-7326).  HIV clinic (see HIV Section).

**George Washington University Community Legal Clinic**
2000 G Street, NW   20052
(202) 994-1000, Fax (202) 994-4993, www.law.gwu.edu   Carol Izumi, Dean of Clinic
Civil litigation; immigration, consumer help/mediation; vaccine injury project; criminal appeals; health insurance counseling for elderly (2136 PA. Ave, NW ((202) 739-0668) ; small business; administrative advocacy; administrative fees for some clinics.
Call for Appointment. Must meet indigent income guidelines.   Spanish

**Emergency Domestic Relations Project (W.E.A.V.E.)**
Legal representation: civil protection orders; child custody; child support; modification of CPO and other advocacy for victims of domestic violence.

| Domestic Violence Intake Centers (W.E.A.V.E.) | |
|---|---|
| DC Superior Court Bldg<br>500 Indiana Avenue, NW  Suite 4235<br>(202) 393-6290,  Fax (202) 662-9539<br>Helen Hall, Program Manager<br>Mon-Fri 8:30am to 3:30pm | Greater SE Hospital (Medical Services Bldg)<br>1328 Southern Avenue, SE  Suite 311<br>(202) 561-3000<br>Helen Hall, Program Manager<br>Mon-Fri 8:30am to 3:30pm |

**Georgetown University Criminal Justice Clinic** 111 F St., NW, Room 130
(202) 662-9575,   Fax (202) 662-9681 e-mail:  Scriven@law.Georgetown.edu
John Copacino, Director; Criminal Justice Clinic
Adults charged w/ misdemeanor offenses (DC Superior Court).  Cases assigned by Court.

**Howard University School of Law Clinic(s)** – 2900 Van Ness St., NW   20008
(202) 806-8082, Fax (202) 806-8436,  Tamar Meekins, Clinic Director
**Criminal Justice Clinic**: Third-year law students represent misdemeanor adult & juveniles, charges with a crime in the DC Superior Court.  Cases assigned by the Court.
**Alternative Dispute Resolution Clinic**: Law students mediate disputes of small claims, domestic and property issues.  Cases assigned through DC Superior Court.  Must meet indigent income guidelines.

**Law Foundation of Prince George's County**
P.O. Box 329, Hyattsville, MD 20781 (Mailing Address)
Clinic space in Upper Marlboro Courthouse, Upper Marlboro, MD
(301) 864-8353,  Fax (301) 864-8352, Neal T. Conway, Executive Director
Represents low-income individuals with matters in Prince George's County Courts, involving: family law; domestic violence; small claims; tenant matter; and elder law.
Representation available in English and Spanish.  Telephone intake: Tues, Thurs, Fri

9am - noon. Walk-in clinic inside Upper Marlboro Court House. Mon, Wed, Fri 9am - noon. (Must sign-in between 9-11am.)

**Legal Aid Society of the District of Columbia** –666 11th St., NW, #800  20001
(202) 628-1161, Fax (202) 727-2132, www.legalaiddc.org   Jonathan Smith, Director
Free to indigent D.C., MD & VA resident (cases must occur in DC only) strict income guidelines: landlord/tenant; disability; public benefits; family law – custody, visitation, guardianship only. Walk-ins accepted.   Spanish

**Legal Counsel for the Elderly** –601 E St., NW 4th Floor  20049
(202) 434-2170, Fax (202) 434-6464, jmay@AARP.org   Jan Allen May, Director
Services (60+); disability claims (55+); income guidelines; public benefits; wills; pension problems; evictions; landlord-tenant; consumer litigation; community education; protective services; housing; foreclosures; nursing homes; civil matters & money management. Long term care ombudsman monitoring quality care of DC licensed nursing, board and care homes. Call for appointment.

**Legal Network**(Catholic Charities affiliated) –1221 Massachusetts Ave., NW  20005
(202) 628-4263,   James D. Bishop, Director
Civil legal assistance to indigent and low-income persons, strict income guidelines; government entitlements; housing; labor and employment; insolvency/bankruptcy; domestic relations; wills; probate; guardianship. Client telephone intake: Mon, Wed, Thur, Fri 9:30am to noon Tues. 9:30am to 4pm.

**Multi-Door Dispute Resolution Division**, 500 Indiana Ave. NW  20001
(DC Superior Court), (202) 879-1479, Fax (202) 879-4619, Karen Liechmin, Director
Alternative dispute resolution-mediation; arbitration (binding and non-binding); neutral case evaluation. Case types: Civil actions (over $200); Family child support, visitation, Tax probate, Citizen non-filed disputes. Monday -Friday 8:30am - 5:00pm. No cost.

**Neighborhood Legal Services**
701 4th St., NW (main office) 20001, (202) 682-2700, (202) 682-2735
1213 Good Hope Road, SE 20020, (202) 678-2000, Brenda Harding, Executive Director
Free to indigent D.C. residents (strict incomes guidelines): consumer rights; family law; public benefits; public assistance; social security and unemployment; employment and housing discrimination. 4th Street, NW office serves NE/NW residents; Good Hope Road office serves SE/SW residents. All Spanish-speaking persons call (202) 682-2700.

**Our Place, DC**. – 801 Pennsylvania Ave. SE  20003
(202) 548-2400, Fax (202) 548-2403 www.ourplacedc.org
Kathleen Creamer, Legal Director
Legal support services for women returning to the community from prison/jail. Provides direct legal assistance with: landlord/tenant challenges; parole matters (hearings, parole decisions, parole grant letters); sexual harassment claims; denial of public benefits; power

of attorney agreements; uncontested divorces; obtaining medical or institutional files.
Legal clinic hours: Tuesday 8am to 4pm, Friday 8am to 3pm

**Public Defender Service** – (Civil Legal Services)
633 Indiana Avenue, NW @ 601 Pennsylvania Ave., NW Suite 110  20004
(202) 628-1200,  Fax (202) 824-2521,  Paula Scott, Coordinator
Handles wide range of cases involving the collateral consequences of a criminal arrest, conviction, or an extended period of incarceration such as civil forfeiture, eviction, denial of public benefits, termination of parental rights, deportation and academic expulsion. Special Education Advocates ensure that youth receive an appropriate diagnostic assessment and where appropriate, secure alternative educational programs.

**Public Defender Service** (Community Defender Program)
680 Rhode Island Avenue, NE,  Suite H-5,  20002
(202) 824-2801,  Fax (202) 383-9819,  James Berry, Chief
**Juvenile Services Program:** Mary Grace Rook, Coordinator
Assists youth detained and committed through the delinquency system, including youth at Oak Hill Youth Center, as well as youth in residential placements.
**Community Re-entry Program:** Kelly P. Salzmann, Coordinator
Provides legal education, referrals and services to DC Code offenders. Areas of legal education include: employment; housing; and family law. Facilitates critical support services to re-entrants by maintaining partnerships with community based organizations.
**Institutional Services Program:** Brian Roberts, Coordinator
Monitor and protect legal rights of incarcerated DC Code Offenders
**Community Outreach and Education:** educates the local community of their legal rights.

**Public Defender Service** – Mental Health Division
St. Elizabeths Hospital, Barton Hall #115  20032
(202) 645-4999,  Fax (202) 645-7761, Harry J. Fulton, Chief
Appointed by the court to represent indigent clients facing involuntary civil/criminal commitments.

**Public Defender Service**, Parole Division
633 Indiana Ave., NW,  20004
(202) 628-1200  Olinda Moyd, Chief
Representation for indigent clients at Probable Cause Hearings and Parole Revocation proceedings before the United States Parole Commission; Attorneys also file parole related civil actions in the DC Superior Court and the United States District Court for the District of Columbia in an effort to protect Constitutional and statutory rights of clients. Attorneys offer advice, assistance and advocacy for DC Parolees who reside in the community. "Duty Day" assistance for the community. <u>Requests for parole related assistance are accepted in person, in writing, and by telephone.</u>

**University Legal Services** – 220 I St., NE Suite 130, 20002
(202) 547-4747, Fax (202) 547-2083, Jane M. Brown, Director
Sonja Vega, Intake Coordinator   www.uls-dc.org
Protection and advocacy for individuals with developmental disabilities and/or mental illness. Works to assure that persons with disabilities enjoy full rights of self-determination, are free from harm, are afforded due process, are able to develop physically, emotionally and intellectually, and to be included in community life.

**Washington Lawyer's Committee for Civil Rights & Urban Affairs**
11 Dupont Circle, NW, Suite 400, 20036
(202) 319-1001, Fax (202) 319-1010, Spanish: (202) 319-1015
Roderick Boggs. Executive Director, www.washlaw.org
Direct (pro bono) legal services in issues involving: employment discrimination, fair housing; public accommodations; immigration & asylum; public education. Work focuses on immigrant access to services and other benefits. Eligibility on a case-by-case basis. Call intake extension Mon-Fri 9:00am to 5:30pm.

**Washington Legal Clinic for the Homeless, Inc.**
1200 U Street, NW, 3rd Floor, 20009
(202) 328-5500, Fax (202) 328-5515, www.legalclinic.org
Patricia Mullahy Fugere, Director, Queen Kuenyehia, Intake Coordinator
Representation in all civil legal matters: public benefits; housing; employment, immigration; etc.; impact litigation; legislative and policy-related issues. Advice and advocacy. Interviews at the 9 shelters/ soup kitchens below:

| WLCH Intake Sites | | |
|---|---|---|
| Charlie's Place<br>1830 Connecticut Ave., NW<br>(202) 232-3066<br>2nd Tues/ month 7:50am – 8:50am | Dinner Prog Homeless Women<br>945 G Street NW<br>(202) 737-9311<br>Tuesdays 6:15pm – 7:15pm | Rachel's Women's Center<br>1222 11th Street, NW<br>(202) 682-1005<br>Thursdays 12:30pm – 1:30pm |
| Church of the Brethren<br>337 North Carolina Ave., SE<br>(202) 547-5924<br>Wednesdays 12:15pm -1:1:15pm | Downtown BID<br>945 G Street, NW<br>(202) 393-5400<br>Thursdays 8:15am – 9:15am | So Others Might Eat (SOME)<br>60 Street, NW<br>(202) 797-8806<br>Fridays 1:00pm – 2:00pm |
| CCNV Shelter<br>425 2nd Street, NW<br>(202) 393-1909<br>Mondays 7pm to 9pm | Miriam's Kitchen<br>2401 Virginia Avenue, NW<br>(202) 835-8383<br>Wednesdays 7:30am – 8:15am | Virginia Williams Resource Cntr<br>25 M Street, SW<br>(202) 724-3932<br>Wednesday 12:30 – 1:30pm |

**W.E.A.V.E**. (Women Empowered Against Violence) - 1111 16th Street, NW, 20036
(202) 452-8253, Fax (202) 452-8255, www.weaveincorp.org Barbara Laur, Interim Dir.
Legal services: civil protection orders; divorce; custody; child support; immigration issues; dissolution of joint debt and other issues related to domestic violence. Case management; counseling; community outreach. Women 18 year and older, who have used the services of domestic violence emergency services within the past 24 months.

**Whitman-Walker Clinic Legal Services** -- 1701 14th Street, NW  20009
(202) 939-7627,  Fax (202) 939-7651, Dan Bruner, Director    www.wwc.org
Civil legal services for people living with HIV/AIDS.  Public entitlements; child custody; discrimination in employment, housing, & public accommodations; debt counseling & bankruptcy; estate planning; immigration.   Walk-in clinic: Mondays only 6:30pm to 8:30pm.  Other hours by appt.