1988 FEL 009286            United States Vs. EPPS, LARRY D

```
01/15/2006 **CONVERTED RECEIPT HISTORY AS OF 2006-01-15**
           2002-07-30:      RECEIPT #:    Z0357850
                            AMOUNT:       $35.00
                            CAN NUM:      4668
                            TENDER:       Check
                            CHECK #:      8300
                            FROM:         EPPS, LARRY

           2002-06-26:      RECEIPT #:    Z0344610
                            AMOUNT:       $54.00
                            CAN NUM:      4668
                            TENDER:       Check
                            CHECK #:      2298
                            FROM:         EPPS, LARRY

           2002-05-21:      RECEIPT #:    Z0329513
                            AMOUNT:       $55.00
                            CAN NUM:      4668
                            TENDER:       Check
                            CHECK #:      5091
                            FROM:         EPPS, LARRY

           2002-04-23:      RECEIPT #:    Z0321545
                            AMOUNT:       $69.00
                            CAN NUM:      4668
                            TENDER:       Check
                            CHECK #:      8832
                            FROM:         EPPS, LARRY

           2002-03-22:      RECEIPT #:    Z0309609
                            AMOUNT:       $37.00
                            CAN NUM:      4668
                            TENDER:       Check
                            CHECK #:      4417
                            FROM:         EPPS, LARRY


11/30/2005 Appeal Dismissed
           Attorney: PRO SE (999999)


10/03/2005 JUDGE: WOLF              , PETER
           DEFENSE ATTY:
           COMMENT: AN APPEAL WAS FILED ON OCT  3 ,20 5
           BY DEFENSE


03/25/2005 MOTION FILED BY: PRO-SE              TYPE:
           OTHER
           DESC: MOTION FOR POST CONVICTION RELEIF UNDER
           DC CODE SECTION 23-110
           OPPOSITION FILED: 00-00-0000    HEARING DATE:
           00-00-0000    DISP:                      DISP
           DATE: 00-00-0000


07/23/2004 MOTION FILED BY: DEFENSE             TYPE:
           PRE-TRIAL
           DESC: MOTION TO RECONSIDER,REDUCE,MODIFY, OR
           SUSPEND PURSUANT TO SUPERIOR  COURT RULE 35
           OPPOSITION FILED: 00-00-0000    HEARING DATE:
           00-00-0000    DISP: MOOT                DISP
           DATE: 11-09-2004


01/17/1992 JUDGE: WOLF              , PETER
           DEFENSE ATTY:
           COMMENT: AN APPEAL THAT WAS FILED ON MAR  4,91
           WAS AFFIRMED ON  1/17/92
```

Ex. (1) Plaintiff's Proof of Exhaustion of Administrative Remedy in Superior Court.

Ex. (1) of (3) ONLY Exhibit Submitted Defense Memorandum for Motion to Dismiss

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

#99

Case No. F9286-88

vs.

PDID No. 304-430

Larry D. Epps
AKA James Washington

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of 23 Second Degree Murder

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Count (B) Not less than 18 yrs and more than Life

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. PSI attach.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
  ☐ Restitution of $_____ in monthly installments of $_____ (see reverse side for payment schedule) and the Court will distribute monies to _____

Costs in the aggregate amount of $250.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

6/23/89
Date

Peter H. Wolf
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

6/23/89
Date

10:15 p.m.

Deputy Clerk

A TRUE COPY TEST: 6-14-07
Clerk Superior Court of the District of Columbia
By: _____ Deputy Clerk

Form CDIRF-1040 Aug 87

Ex.(2) of (3) Defense fail to disclose to Court, the full Public Record.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

#144

Case No. F9286-88 B
PDID No. 304 430

vs.

James Washington AKA Larry Epps

**AMENDED JUDGMENT AND COMMITMENT/PROBATION ORDER**

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of Second degree murder

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to 12 years to life. Execution of sentence previously imposed suspended. 5 years probation. Drug testing ordered after completion of long-term treatment 1x week for the 1st year after completion & 2x month second year after long-term treatment.

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☒ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
☒ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
☒ Treatment for ☐ alcohol problems ☒ drug dependency or abuse as follows: Enter & complete long-term inpatient & outpatient phases
☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
☒ Obtain Employment. Probation department to set up Community service - preferably directed toward Youth drug rehabilitation.

Costs in the aggregate amount of $250.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

4-9-90
Date

A TRUE COPY TEST: [signature]

[signature]
Judge

Certification by Clerk pursuant to Superior Court Rule (d).

4-9-90
Date

By: [signature]
Deputy Clerk

[signature]
Deputy Clerk

Form CDf181 1040 Aug 87

Step Back
11-19

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. F 9286-88 B

vs.

PDID No. 304-430

Larry D. Epps
AKA James Washington

Probation is Revoked

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of [ ] Not Guilty [X] Guilty to the Charge(s) of Second Degree Murder

and having been found guilty by [ ] Jury [X] Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Twelve Years to Life.

[ ] MANDATORY MINIMUM term of _____ applies to the sentence imposed.
[X] MANDATORY MINIMUM term does not apply.
[X] ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above. _____
[ ] ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803(b) of the D.C. Code [Youth Rehabilitation Act 1985].
[ ] ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

[ ] Observe the general conditions of probation listed on the back of this order.
[ ] Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
[ ] Treatment for [ ] alcohol problems [ ] drug dependency or abuse as follows: _____

A TRUE COPY TEST: 6-14-07
Clerk Superior Court of the District of Columbia
By: _____ Deputy Clerk

[ ] Restitution of $_____ in monthly installments _____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
[ ] _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and [ ] have [ ] have not been paid.
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

June 26 1990
Date

Ricardo M. Urbina
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

June 26 1990
Date

Herald A. McClinch
Deputy Clerk

Form CD(18)-1040/Aug. 87

Ex. (3) of (3) Defense withheld from Court's view

O/C

# D. C. PRETRIAL SERVICES AGENCY
## Pretrial Services Report
### United States vs. LARRY DARNELL EPPS

DOB: 10/13/1954
PDID: 304430
Also known as:   James Washington
Larry D Epps

**Lockup #:** 106

**File Date:** 04/16/2007
**Lockup Date:** 4/16/2007
**Date Prepared:** 4/16/2007
**Date Printed:** 4/16/2007

**Docket Number:**
PSA Case #: 07106875

## Charge(s)

Carrying Pistol Without a License

**Comments:** PSA was unable to conduct a complete background investigation due to Florida FBI records being inaccessible.

## Detention Eligibility and/or Administrative Procedures

According to information available to the D.C. Pretrial Services Agency, the following applies:

§23-1322(a)(1)(A) –Defendant on release in a pending felony or misdemeanor case.

§23-1322(a)(1)(C) – Defendant on probation, parole, or supervised release.

§23-1322(b)(1)(A) – Defendant has been charged with a dangerous crime or a violent crime.

The Agency makes their recommendation subject to the resolution of the warrant, detainer, or attachment status.

## Recommendations

At this time, there are no conditions or combination of conditions that PSA can recommend to assure community safety or appearance.

SEE: Ex.(4) Pg #3

B



Comments:

PSA would note that no interview was conducted for this defendant.

**NOTICE OF SUPERVISION WARRANT:** The defendant has an outstanding probation or parole warrant in case 1988-FEL-009286. See comments under Criminal History for more information.

**NOTICE OF ARREST WARRANT:** The defendant has an outstanding arrest warrant from Broward County, Florida. The underlying offense is Loiter & Prowl, Burglary Tools Possess, Burglary, and Larceny.

## Criminal History

**Last complete record check conducted on:** 02/05/2007

### Pending Case(s)

**File Date:** 2/5/2007              **Docket Number:** 2007-CMD-003027

**Charge(s)**                         **Due Date**         **Hearing Type**

Poss Drug Paraphernalia-Misd          5/14/2007            Non - Jury

**Release Information**

Release Date:   02/12/2007            Release Program:     PSA General Supervision for Superior Court (SC)

**Release Conditions(s)**

- Verify your address with Pretrial Services Agency (PSA) within 24 hours.
- Report to Pretrial Services Agency (PSA) room C-220 for program placement by PSA.
- Other conditions: Report to Parole Officer in person immediately upon release..
- Report to Pretrial Services Agency (PSA) weekly Specify if other selected: Report by phone.

**Date Obtained**     **Supervision Comments**

4/16/2007             According to PSA records, the defendant verified his address on 3/26/2007. The defendant reported for his weekly check-in on 3/14/2007, 3/23/2007, 3/29/2007, and on 4/12/2007. According to PSA records, the defendant's drug testing was suspended on 4/13/2007. Automated parole records indicate that the defendant reported to supervision on 2/14/2007. PSA has no further information.

**File Date:** 2/5/2007              **Docket Number:** 2007-CTF-003029

| **Charge(s)** | Due Date | Hearing Type |
|---|---|---|
| Arrest Charge | 6/8/2007 | Status |
| Unregistered Vehicle | | |
| Misuse of Temporary Tags | | |

**Release Information**

Release Date:   04/09/2007       Release Program:   PR Without Supervision

PSA has no further information regarding this matter.

---

**Arrest Date:** 07/09/1984

**Jurisdiction:**   Florida
**City/County:**   Ft. Lauderdale
**Source:**   NCIC

| **Charge(s)** | Due Date | Hearing Type |
|---|---|---|
| Loiter & Prowl | Warrant Issued: | 08/15/1984 |
| Burglary Tools Possess | | |
| Burglary | | |
| Larceny | | |

**Date Obtained**         **Supervision Comments**

Supervision and Compliance data does not exist for this Docket.

According to National Criminal Information System records, a warrant was issued on 08/15/84. Warrant originates from Broward County, Florida. Warrant is extraditable only in Florida.

---

**Active Supervision Case(s)**

File Date: 8/9/1988

Charge Description

2nd Degree Murder

Docket Number:  1988-FEL-009286

Sentence Description

Confinement: 12 Months /
Probation: 5 Years / Revoked
Confinement: 12 Months /
Probation: 5 Years

Disp Date

6/26/1990

5/8/1989

Ex.(4)

## Supervision Information

**Type:** Parole

**Supervision Jurisdiction:** District of Columbia
**Supervising Officer:** Emesha James
(202) 585-7804

| Date Obtained | Start | End |
|---|---|---|
| 4/16/2007 | 10/8/2005 | 10/8/2050 |

**Supervision Comments**

PSA was unable to obtain compliance information from CSO James. According to automated parole records, the defendant last reported for a scheduled visit on 4/12/2007. Records indicate that an Alleged Violation Report was submitted on 3/27/2007. PSA left a voicemail message for CSO James notifying her of today's arrest.

According to National Crime Information System, a parole violation was issued on 4/4/2007 in this matter. PSA has no further information regarding this case.

### Prior Conviction(s)

**File Date:** 3/10/1988
**Charge Description**
Attempt to Take Property Without a Right
**Docket Number:** 1988-CMD-002844
**Sentence Description**
Confinement: 60 Days
**Disp Date**
6/15/1988

---

**File Date:** 1/5/1984
**Charge Description**
Burglary II
**Docket Number:** 1984-FEL-000088
**Sentence Description**
Confinement: 2 Years To 6 Years
**Disp Date**
2/26/1986

---

**File Date:** 10/27/1983
**Charge Description**
UCSA Possession Cocaine
**Docket Number:** 1983-CMD-014662
**Sentence Description**
Confinement: 90 Days / Suspend: 365 Days / Probation: 18 Months / Revoked
**Disp Date**
8/20/1985

---

**Arrest Date:** 01/21/1975

Jurisdiction:    Maryland
City/County:     Landover
Source:          NLETS

**Charge Description**

Tamper With Coin Operated Machine

**Sentence Description**

Confinement: 6 Months /
Probation: 24 Months Supervised

**Disp Date**

10/22/1975

---

Arrest Date: 02/02/1976

Jurisdiction:    Virginia
City/County:     Richmond City
Source:          NLETS

**Charge Description**

Concealed Weapon--Misd

**Sentence Description**

Guilty- Exact Sentence Unknown

**Disp Date**

02/03/1976

The above information was obtained from FBI records without sentencing details.

---

Arrest Date: 07/13/1976

Jurisdiction:    Virginia
City/County:     Richmond City
Source:          NLETS

**Charge Description**

Possession Of Stolen Property--Misd

**Sentence Description**

Guilty- Exact Sentence Unknown

**Disp Date**

08/25/1976

The above information was obtained from FBI records without sentencing details.

---

Arrest Date: 01/25/1979

Jurisdiction:    Virginia
City/County:     Alexandria
Source:          NLETS

| Charge Description | Sentence Description | Disp Date |
|---|---|---|
| Att Statutory Burglary | Guilty- Exact Sentence Unknown | 07/03/1979 |

The above information was obtained from FBI records without sentencing details.

---

**Arrest Date:** 03/15/1979
**Jurisdiction:** Virginia
**City/County:** Arlington
**Source:** NCIC

| Charge Description | Sentence Description | Disp Date |
|---|---|---|
| Larceny | | |
| Felony--Breaking & Entering | Confinement: 78 Months | 05/15/1979 |
| Possess Burgaly Tools | Confinement: 78 Months | 05/15/1979 |

According to FBI records, the defendant was received by Virginia Department Correction on 6/14/79.

---

**Arrest Date:** 02/15/1978
**Jurisdiction:** Virginia
**City/County:**
**Source:** NCIC

| Charge Description | Sentence Description | Disp Date |
|---|---|---|
| Break and Enter Vending Machines | Incarceration Confinement: 6 Years | 12/18/1984 |

According to FBI records, the defendant was convicted in this matter and received at Federal Correctional Institution-Petersburg, VA on 2/15/1978. PSA is unable to associate this conviction with an arrest. PSA has no further information.

---

### Arrest(s) Without Disposition(s)

**Jurisdiction:** Delaware
**City/County:**
**Source:** NCIC

The following arrest information was provided by FBI records. PSA has no information concerning whether the arrest(s) resulted in a conviction.

11/19/76 Wilmington  Carry Concealed Dangerous Instrument

---

**Jurisdiction:** Indiana
**City/County:**
**Source:** NCIC

The following arrest information was provided by FBI records. PSA has no information concerning whether the arrest(s) resulted in a conviction.

07/02/76 South Bend  Vehicle Taking

---

**Jurisdiction:** DC
**City/County:** Washington
**Source:** NCIC

The following arrest information was obtained from FBI records without a disposition. PSA is unable to determine if the arrest resulted in a conviction.

7/27/1977 Washington, DC  Tampering with Auto; Uniform Narcotics Act

---

**Jurisdiction:** Virginia
**City/County:** Virginia
**Source:** NCIC

The following arrest information was obtained from FBI records without a disposition. PSA is unable to determine if the arrest resulted in a conviction.

11/16/1977 Federal Correctional Institution - Petersburg, VA  Failure to Appear

---

Pretrial Services has no interview information.

## Personal Background

### Community Ties

Place of Birth: District of Columbia

DC Area resident for:    Life

Total Time in Area:

Marital Status: Single

Children:    No

Last Updated Date:    04/16/2007

Verified: No

Relatives Living With Defendant:
None

Relatives Not Living With Defendant:
None

### Address Information

No address information is available.

### Employment Information

No employment information is available.

### Education Information

No education information is available.

### Health Information

No health information is available.

### Substance Abuse Information

### Self Reported:
No substance abuse information is available

### Drug Test:
No Drug Test Information Available

Prepared By: Lauren Pinto

Prepared Date: 4/16/2007