UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY D. EPPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PAUL G. HOWES, )<br>Former Assistant United States )<br>Attorney, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-717 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the United States' Motion to Dismiss [Dkt. # 16] is **GRANTED** and this case is **DISMISSED**. All other pending motions are denied as moot. This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: July 31, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge