UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LARRY EPPS,                    )
                               )
        Plaintiff,             )   Civil Action No.: 06-717 (RMC)
                               )
   v.                          )
                               )
PAUL HOWES, et al.,            )
                               )
        Defendants.            )

## NOTICE OF APPEAL

COMES NOW, Plaintiff Larry D. Epps, Pro-se in the above-styled action under Fed. R. App. P. 3(a),(d) do hereby, SERVE Notice of intent to Appeal the final Appealable ORDER pursuant to Fed. R. App. P. 4(a). Plaintiff's Receipt of this Court's final was received on 8-6-07, at 8:30 P.M.

Respectfully Submitted,

*Larry D. Epps*
Larry D. Epps
D.C. # 188-413
D.C Jail
1901-D ST., S.E.,
Washington, D.C. 20003

RECEIVED
AUG 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT