Affidavit to Accompany
Motion for Leave to Appeal in Forma Pauperis

District Court No. 06-717 (RMC)
Appeal No. _____

LARRY EPPS
        Plaintiff,

v.

PAUL HOWES, et al.,
      Defendant.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Larry D. Epps* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 07-10-2007 |

My issues on appeal are: Plaintiff was first placed at a disadvantage due to measures at D.C. Jail that sought to deny Plaintiff verbally "No access to Law Library. SEE: Grievance filed concerning said Denial.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 400.00 | $ N/A | $ 000.00 | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Income source | Average monthly amount during | | Amount expected next month | |

RECEIVED
AUG 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the past 12 months

|  | You | Spouse | You | Spouse |
|---|---|---|---|---|
| Gifts | $ NONE | $ N/A | $ NONE | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total Monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NBT TIRE | Rockville MD. Nebel Street | Nov. 06 April 10th 07 | $900.00 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ NONE

2

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| | | $ N/A | $ N/A |
| | | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.



| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| | | | | Model: N/A | |
| | | | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: N/A | | | | | |
| Registration#: N/A | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.



| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or

3

*annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ NONE | $ N/A |
| Are any real estate taxes included? ☐ Yes ☒ No |  |  |
| Is property insurance included? ☐ Yes ☒ No |  |  |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ NONE | $ N/A |
| Home maintenance (repairs and upkeep)   $ NONE | $ NONE |  |
| Food | $ NONE | $ N/A |
| Clothing | $ NONE | $ N/A |
| Laundry and dry-cleaning | $ NONE | $ N/A |
| Medical and dental expenses | $ NONE | $ N/A |
| Transportation (not including motor vehicle payments) | $ NONE | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ NONE | $ N/A |
|     Homeowner's or renter's | $ NONE | $ N/A |
|     Life | $ NONE | $ N/A |
|     Health | $ NONE | $ N/A |
|     Motor Vehicle | $ NONE | $ N/A |
|     Other: N/A   $ N/A | $ NONE |  |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ NONE | $ N/A |
| Installment payments | $ NONE | $ N/A |
|     Motor Vehicle | $ NONE | $ N/A |
|     Credit card (name): NONE | $ NONE | $ N/A |
|     Department store (name): NONE | $ NONE | $ N/A |
|     Other: NONE | $ NONE | $ N/A |
| Alimony, maintenance, and support paid to others | $ NONE | $ N/A |
| Regular expenses for operations of business, profession, | $ NONE | $ N/A |

4

or farm (attach detailed statement)
Other (specify): __NONE__                          $ __NONE__        $ __NONE__

      **Total monthly expenses**:    $ __NONE__        $ __NONE__

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes ☒ No     If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes ☒ No

If yes, how much? $ __N/A__

If yes, state the attorney's name, address, and telephone number:
__N/A__ __N/A__

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No

If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:
__N/A__ __N/A__

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. __I AM without ANY MEANS of income due to INCARCERATION of the past and present. No TIES in the community due to same.__

13. State the address of your legal residence.
1901 D St SE
Washington, DC, 20003
Your daytime phone number: (D.C.) Jail
Your age: 51          Your years of schooling: GED
Your social security number: 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

Today's Date: 07/10/2007

Report Spanning: 01/02/2007 - 07/10/2007

# Inmate Current Running Balance Date Range Report
## District of Columbia Central Detention Facility

Page 1 of 1

Inmate Name: EPPS, LARRY     Booking#: 2007-04776     Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/2007 09:43 | Deposit | 12.50 | 95 | | TR FR 2007-01579 | | 12.50 | 4810624 | |
| 06/29/2007 12:21 | Deposit | 50.00 | 20 | MAIL | KEVIN | 188413 | 62.50 | 5326245 | |
| 07/05/2007 07:38 | Withdrawal | -21.06 | 38 | | SCANNED CANTEEN | SCANNED CANTEEN | 41.44 | 5379752 | |
| Total Withdrawals this Inmate | | -21.06 | | | Total Deposits This Inmate | | 62.50 | Net Transactions | 41.44 |

*Case Epps*
*Manager*

Inmate Grievance
Institution Administrator's Remedy

Plaintiff is being denied full access to the law library. Plaintiff can only attend the law library every other Monday, due to conflict of interest that does not comport with the First Ammendment of the U.S. Constitution's Right to Redress and Freedom Of Information.

Officer Murphy has informed the plaintiff, that Warden Smith Is the sole reason for my Constitutional Right not being afforded to me. Few People in SE-3 go to the law library because, as you are aware; most of the inmates in this unit have exhausted their matters in the courts, and have no need to attend the law library. I have two open cases in court, criminal and civil.

Sgt. Wolford and officer Murphy, most offended are not in compliance with the schedule, which seeks to diminish the valuable option of doing research. This fact can be verified through the register in the law library. If one unit is due to come to the law library at 12:00 p.m., and SE-3 get in the law library at 11:30 a.m., not withstanding, sign in on time; I only get 20 minutes to look up cases or print them out.

Respectfully Submitted

*Larry O. Epps*
Larry Epps DCDC# 188-413
1901 D Street, S.E.
Washington, DC 20003