UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY D. EPPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL G. HOWES,<br>Former Assistant United States<br>Attorney, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-717 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Appeal *in forma pauperis* [Dkt. #27]. Upon consideration of the Plaintiff's motion and affidavit accompanying the motion, it is hereby

**ORDERED** that Plaintiff's Motion to Appeal *in forma pauperis* [Dkt. #27] is **GRANTED**.

**SO ORDERED.**

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge

DATE: August 20, 2007