UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY EPPS, )<br>　　　　　　　Plaintiff, )<br>v. )<br>PAUL HOWES, *et al.*, )<br>　　　　　　　Defendants. ) | Civil Action No.:  06-717 (RMC) |

### MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITIONS

　　　　The Federal Defendants, former Assistant U.S. Attorney Paul Howes, the former U.S. Attorney General Alberto Gonzales, and the U.S. Parole Commission, respectfully move for leave, pursuant to Rule 6(b)(1)(B), to file a consolidated opposition to two motions filed last month by *pro se* Plaintiff, Larry Epps, nos. [30] and [31].  The Federal Defendants' undersigned counsel has no record or memory of receiving service copies of the motions.  Their filing was discovered recently in a routine audit of claims against the Department of Justice ("DOJ"). Accordingly, the Federal Defendants' failure to respond in a timely manner to the motions resulted from excusable neglect and they respectfully request leave to file the attached consolidated memorandum in:

　　1.　　Opposition to Plaintiff's Motion to Amend the Complaint to Comport with the Evidence, no. [30]; and

　　2.　　Opposition to Plaintiff's Motion for Relief from Judgment, no. [32].

　　　　Plaintiff should not be prejudiced by this leave.  Neither Plaintiff's phone number nor email (if any) are listed in the docket sheet, and rather than delay the proceedings by seeking his

position on this motion via the U.S. Mail, undersigned counsel did not attempt to contact *pro se* Plaintiff regarding this motion.  Accord Local Civil Rule 7(m) (requiring "counsel" to confer on nondispositive motions.)

A proposed order and the consolidated opposition are attached.

July 7, 2008                                        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W., Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused copies of the foregoing Motion to for Leave to File Consolidated Oppositions; Federal Defendants' Consolidated Oppositions to Plaintiff's (1) Motion to Amend Complaint and (2) Motion for Relief from Judgment; and Proposed Order to be served upon *pro se* Plaintiff by first class mail addressed to:

>LARRY EPPS
>113 Wilmington Place, SE
>Apt. 303
>Washington, DC 20032

on this 7th day of July, 2008.

>_____/s/_____
>ALAN BURCH, D.C. Bar # 470655
>Assistant United States Attorney
>555 4th St., N.W.
>Washington, D.C. 20530
>(202) 514-7204
>alan.burch@usdoj.gov