UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LARRY EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.:  06-717 (RMC) |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL HOWES, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Federal Defendants' Motion for Leave to File

Consolidated Oppositions; Plaintiff's Motion to Amend Complaint, no. [30]; and Plaintiff's

Motion for Relief from Judgment, no. [31], Federal Defendants' opposition to Plaintiff's

motions, and the entire record herein, it is hereby

   ORDERED that Federal Defendants' motion for leave is GRANTED, and it is further

   ORDERED that Plaintiff's motions are DENIED, and it is further

   ORDERED that Plaintiff's case remains dismissed.

   So ordered this _____ day of _____, 2008.

_____
ROSEMARY M. COLLYER
United States District Judge