# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **LARRY D. EPPS,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )    **Civil Action No. 06-717 (RMC)** |
|  | ) |
| **PAUL G. HOWES,** | ) |
| **Former Assistant United States** | ) |
| **Attorney, *et al.*,** | ) |
|  | ) |
| **Defendants.** | ) |

_____)

## <u>ORDER</u>

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion for Relief from the Judgment, filed on September 28, 2007 [Dkt. # 29], is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's "Motion for Relief from the Judgment [under] Federal Rule of Civil Procedure Rule 60.(b)(2) and 60.(6)" [sic], filed on June 9, 2008 [Dkt. # 32], is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's "Motion to Amend the Complaint to Comport with the Evidence [under] Federal Civil Rule of Procedure 15.(c)" [sic] [Dkt. # 31], filed on June 9, 2008, is **DENIED** as moot.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: September 2, 2008

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge